## (November 23, 1936.)

BROOKLYN SAVINGS BANK, Respondent, v. HYMAN B. SCHUTZER, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

CAPITAL COMPANY, a California Corporation, Respondent, v. WILLIAM FOX and EVA FOX (Mrs. WILLIAM FOX), Appellants.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

NATHAN CHASSEN and Others, Copartners, Doing Business under the Firm Name of RUSTMANN'S LIBERTY BAKERY, Appellants, v. GEORGE RODGERS, Respondent, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ. ,

STELLA COLLINS and THOMAS COLLINS, Respondents, v. AMALGAMATED MUTUAL AUTOMOBILE CASUALTY COMPANY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Taylor, JJ.

ELIZABETH ESHBAUGH ELLINGER, Appellant, v. BROOKLYN TRUST COMPANY, Respondent; MABEL GRETCHEN ENGEL, BENJAMIN GROBERG, as Guardian ad Litem for DAVID ENGEL, an Infant, and ALFRED MALLARME ELLINGER, as Guardian ad Litem for MICHAEL CHAPIN ELLINGER, an Infant, Appellants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Carswell and Davis, JJ.; Johnston, J., not voting.

VINCENT FALZONE, Respondent, v. NAREM REALTY CORP., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.

MORRIS FINN, Appellant, v. THE CITY OF NEW YORK, Respondent.— Motion for leave to appeal to the Appellate Division granted. Present — Lazansky, P. J., Hagarty, Carswell, Davis and Johnston, JJ.